UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAYNESTER MOORE,

        Plaintiff,                       Case No. 1:22–cv–583

v.                                    Hon. Hala Y. Jarbou

COLUMBIA BOOKS INC.,

        Defendant.
_____/

## **ORDER**

    The Court having reviewed Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 17), **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

    IT IS SO ORDERED.

Dated:  August 4, 2022                              /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       Chief United States District Judge